IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BERRY MORROW**                                                                 **PLAINTIFF**

**v.**                      **Case No. 5:14-cv-00321 KGB**

**KENDRICK NELSON,**
**WILLIAM STRAUGHN,**
**STEVE OUTLAW, LAKISHA LEE,**
**MARVIN EVANS, RAY HOBBS, and**
**NICOLA KELLY**                                                 **DEFENDANTS**

## ORDER

The Court has received the Findings and Recommendation ("Recommendation") from Magistrate Judge H. David Young (Dkt. No. 35). On April 28, 2015, the Clerk of Court filed a letter written by Mr. Morrow and dated April 26, 2015, wherein Mr. Morrow claims that he has inadequate supplies to prosecute his case and indicates that he would not be able to communicate to the Court until May 11, 2015. Mr. Morrow has not communicated to the Court since his April 26, 2015, letter. The Court construes this letter as an objection to the Recommendation's disposition of Mr. Morrow's motion for adequate supplies (Dkt. No. 30). Other than the April 26, 2015, letter, Mr. Morrow has filed no objections to the Recommendation. After careful consideration and a *de novo* review of the record, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects.

Therefore, the Court grants defendants' motion for summary judgment (Dkt. No. 23) and denies Mr. Morrow's motion for adequate supplies (Dkt. No. 30). The Court dismisses with prejudice this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

SO ORDERED this 12th day of August, 2015.

                                                                  _____
                                                                  Kristine G. Baker
                                                                  United States District Judge