IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BERRY MORROW**                                                                                    **PLAINTIFF**

v.                                    Case No. 5:14-cv-00321 KGB

**KENDRICK NELSON,**
**WILLIAM STRAUGHN,**
**STEVE OUTLAW, LAKISHA LEE,**
**MARVIN EVANS, RAY HOBBS, and**
**NICOLA KELLY**                                                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered in this matter on this date, the Court dismisses with prejudice this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

SO ORDERED this 12th day of August, 2015.

_____
Kristine G. Baker
United States District Judge